1  Robert D. Rowland
2  Lindsay Rakers
   **GOLDENBERG HELLER**
3  **ANTOGNOLI & ROWLAND, P.C.**
   P.O. Box 959
4  Edwardsville, Illinois 62025
   Telephone: 618-656-5150
5  Facsimile: 618-656-6230
   Attorneys for Plaintiffs
6
7
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
11
12
   IN RE: BEXTRA AND CELEBREX              )  **MDL NO. 1699**
13 MARKETING SALES PRACTICES AND           )  **District Judge: Charles R. Breyer**
   PRODUCT LIABILITY LITIGATION            )
14                                          )
   This Document Relates To:               )
15                                          )
   *Donald G. Newmann v. Pfizer Inc.*      )  **STIPULATION AND ORDER OF**
16 (05-5359 CRB)                           )  **DISMISSAL WITH PREJUDICE**
                                            )
17 *Lehnen, Marie, et al. v. G.D. Searle, et al.* )
   (06-2669 CRB)                           )
18                                          )
   *Marcy A. West v. Merck & Co., Inc., et al.* )
19 (06-3015 CRB)                           )
                                            )
20 *Jerry M. Dance v. Merck & Co., Inc., et al.* )
   (06-3016 CRB)                           )
21                                          )
   *Edward Spinaio v. G.D. Searle, et al.* )
22 (06-3036 CRB)                           )
                                            )
23 *Lonnie Case v. Merck & Co. Inc., et al.* )
   (06-3180 CRB)                           )
24                                          )
   *Richard Menzel v. Merck & Co., Inc., et al.* )
25 (06-3181 CRB)                           )
                                            )
26 *Vincent Calamia v. Merck & Co., Inc., et al.* )
   (06-3182 CRB)                           )
27                                          )
   *Jessie Abbott v. Merck & Co., Inc., et al.* )
28 (06-3306 CRB)                           )

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42576335.1

| | |
|---|---|
| 1 | *Berlin Jenkerson v. Merck & Co. Inc., et al.* )
| 2 | (06-3307 CRB) )
| 3 | *Thomas Kasper v. Merck & Co. Inc., et al.* )
| | (06-3309 CRB) )
| 4 | )
| | *Josephine Tourville v. Merck & Co., Inc., et al.* )
| 5 | (06-3310 CRB) )
| 6 | *Arzie Stephens v. Merck & Co., Inc., et al.* )
| | (06-3311 CRB) )
| 7 | )
| | *Henry Kahn, et al. v. Pfizer Inc..et al.* )
| 8 | (06-4600 CRB) )
| 9 | *Carol Copeland v. G.D. Searle LLC, et al.* )
| | (07-3023 CRB) )
| 10 | )
| | *Suzanne Steinbach v. Merck & Co., Inc., et al.* )
| 11 | (07-0495 CRB) )
| 12 | *John Moseley v. Merck & Co., Inc., et al.* )
| | (07-0496 CRB) )
| 13 | )
| | *Joni Hebblethwaite v. Merck & Co., Inc., et al.* )
| 14 | (07-0498 CRB) )
| 15 | *Kevin Miller v. Merck & Co, Inc., et al.* )
| | (07-0596 CRB) )
| 16 | )
| | *Lena Scher v. Merck & Co., Inc., et al.* )
| 17 | (07-2533 CRB) )
| 18 | *Laurence Schmidt v. Merck & Co., Inc., et al.* )
| | (07-2534 CRB) )
| 19 | )
| | *Patty Foreman v. Merck & Co., Inc., et al.* )
| 20 | (07-2535 CRB) )
| 21 | *Robert Miller v. G.D. Searle LLC, et al.* )
| | (07-3127 CRB) )
| 22 | )
| | *Robert J. Smith, Jr., et al. v. Merck & Co., Inc., et al.* )
| 23 | (07-3488 CRB) )
| 24 | *Williamson, Wilburn, et al. v. Merck & Co., Inc., et al.* )
| | (07-3489 CRB) )

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42576335.1

1  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with
2  each side bearing its own attorneys' fees and costs.
3
4  DATED: 11-2, 2009     By: _____
5                             **GOLDENBERG HELLER**
                              **ANTOGNOLI & ROWLAND, P.C.**
6                             P.O. Box 959
                              Edwardsville, Illinois 62025
7                             Telephone: 618-656-5150
                              Facsimile: 618-656-6230
8
                              *Attorneys for Plaintiffs*
9
10 DATED: Nov. 4, 2009   By: _____
11
12                            **DLA PIPER LLP (US)**
                              1251 Avenue of the Americas
13                            New York, New York 10020
                              Telephone: 212-335-4500
                              Facsimile: 212-335-4501
14
                              *Defendants' Liaison Counsel*
15

17
18 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
19
20 Dated: NOV 1 3 2009     _____
                          Hon. Charles R. Breyer
21                        United States District Court

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42576335.1